United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HASSAN ABPIKAR,

Plaintiff,

v.

BEATRIZ THOMAS, et al.,

Defendants.

Case No. 25-cv-02226-BLF

**ORDER TO FILE PROOF OF SERVICE OR SHOW CAUSE WHY DEFENDANT PATRICIA SANDOVAL SHOULD NOT BE DISMISSED**

In March 2025, pro se Plaintiff Hassan Abpikar sued Defendants Jorge Sandoval, Patricia Sandoval, Sherry Scott, and Beatriz Thomas. ECF No. 1. Thomas and Scott were timely served. *See* ECF No. 5, 8. And Jorge Sandoval filed an answer. *See* ECF No. 48. But Mr. Abpikar has not yet filed proof that Patrica Sandoval was served by the 90-day deadline set forth in Fed. R. Civ. P. 4(m). Accordingly, by September 25, 2026, Plaintiff is ORDERED to either file proof of service or to show cause why the case against Patricia Sandoval should not be dismissed for failure to effect service of process within the required time.`

**IT IS SO ORDERED.**

Dated: September 11, 2026

BETH LABSON FREEMAN
United States District Judge