**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HASSAN ABPIKAR,<br>Plaintiff,<br>v.<br>BEATRIZ THOMAS, et al.,<br>Defendants. | Case No. 25-cv-02226-BLF<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL OF DEFENDANT JORGE SANDOVAL FOR LACK OF SUBJECT MATTER JURISDICTION** |

March 2025, pro se Plaintiff Hassan Abpikar sued Defendants Jorge Sandoval, Patricia Sandoval, Sherry Scott, and Beatriz Thomas. ECF No. 1. After procuring leave to amend, ECF Nos. 16, 19, Mr. Abpikar filed a first amended complaint ("FAC") in December 2025. ECF No. 27. On May 22, 2026, the Court granted Defendants Scott and Thomas's motion to dismiss the FAC for failure to state a claim. ECF No. 49. Mr. Abpikar was given leave to amend his federal law claims. He has failed to do so. On September 14, 2026, the Court dismissed with prejudice the FAC against Defendants Sherry Scott and Beatriz Thomas for failure to prosecute. ECF No. 63. And on September 29, 2026, the Court dismissed with prejudice the FAC against Defendant Patricia Sandoval. ECF No. 64.

Defendant Jorge Sandoval is the only remaining defendant. The Court discerns no federal cause of action lodged against Jorge Sandoval because all of those claims are predicated on concerted action with now-dismissed Defendants Scott and Thomas, who are state actors. Absent viable claims against Scott and Thomas, it appears that the federal claims against Jorge Sandoval fail as well. The remaining state law claims alleged against Jorge Sandoval (common law assault, battery, conversion, theft, and conspiracy) may only proceed in state court. Accordingly, by October

27, 2026, Plaintiff is ORDERED to show cause why the FAC against Jorge Sandoval should not be dismissed for lack subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: September 29, 2026

BETH LABSON FREEMAN
United States District Judge