**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HASSAN ABPIKAR,

Plaintiff,

v.

BEATRIZ THOMAS, et al.,

Defendants.

Case No. 25-cv-02226-BLF

**ORDER DISMISSING DEFENDANTS THOMAS AND SCOTT WITH PREJUDICE**

In March 2025, Mr. Abpikar sued Defendants Jorge Sandoval, Patricia Sandoval, Sherry Scott, and Beatriz Thomas. ECF No. 1. After filing suit, Mr. Abpikar sought (and procured) leave to amend. *See* ECF Nos. 16, 19. He filed a first amended complaint in December 2025. ECF No. 27.

Two weeks later, Thomas and Scott moved to dismiss the first amended complaint. ECF No. 28. On May 22, 2026, the Court dismissed Mr. Abpikar's first amended complaint as to Thomas and Scott with leave to amend within 14 days. ECF No. 49. Mr. Abpikar moved for an extension, ECF No. 50, which the Court granted. The Court extended the deadline to file a second amended complaint to July 10, 2026, noting that "[n]o further extensions w[ould] be granted absent good cause." ECF No. 52.

Mr. Abpikar then requested a further 90-day extension on the grounds that he was trying to obtain funds to hire an attorney. ECF No. 57. The Court gave him an extra thirty days. ECF No. 58. The Court also warned Mr. Abpikar that, should he fail to file an amended complaint by then, his claims "w[ould] be dismissed for failure to prosecute." ECF No. 58 at 1. Mr. Abpikar failed to meet the deadline. He also failed to attend the case management conference held on July 23, 2026.

Accordingly, the Court dismissed with prejudice the claims against Thomas and Scott. *See* ECF No. 63.

On September 11, 2026, the Court ordered Mr. Abpikar to file proof of service or show cause why Patricia Sandoval should not be dismissed for failure to effect timely service. *See* ECF No. 62. Mr. Abpikar failed to do so. Accordingly, the Court dismissed Patricia Sandoval with prejudice. *See* ECF No. 64.

Mr. Abpikar then moved to vacate (1) the Court's order dismissing Scott and Thomas with prejudice (ECF No. 63); and (2) the Court's order dismissing Patricia Sandoval with prejudice (ECF No. 64). *See* ECF No. 67 at 11 ("Mot."). Mr. Abpikar asked for 60 additional days to file a second amended complaint. Mot. at 11. The Court granted in part and denied in part the motion, vacating its order dismissing Scott and Thomas but declining to vacate its order dismissing Patricia Sandoval. *See* ECF No. 68 at 2–3 ("Order"). In lieu of a 60-day extension, which the Court deemed unreasonable, the Court granted a 14-day extension. *See* Order at 3.

The 14-day extension expired on November 20, 2026. To date, Mr. Abpikar has not filed an amended complaint. The Court hence again DISMISSES WITH PREJUDICE the claims against Thomas and Scott. By December 8, 2026, Mr. Abpikar is ORDERED to show cause why the remaining defendant—Jorge Sandoval—should not be dismissed for lack of subject matter jurisdiction. *See* ECF No. 65. The only remaining federal law claim against "George" (Jorge) Sandoval is claim 5, which alleges a conspiracy to violate civil rights under 42 U.S.C. § 1983. Having dismissed the state actors Scott and Thomas, the remaining claims against Jorge Sandoval appear to be untethered to state action. In other words, absent claim 5, it appears that the Court would lack subject matter jurisdiction over the remaining state law claims.

**IT IS SO ORDERED.**

Dated: November 23, 2026

BETH LABSON FREEMAN
United States District Judge